UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,    Criminal No. 15-20145
                                    Hon. Matthew F. Leitman

v.

MICHAEL RAY GLESEN,

    Defendant.
_____/

## ORDER TO SEAL

The government having moved to seal Exhibit A and B to the Government's Notice of Filing Exhibits from Hearing and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Exhibit A and B to the Government's Notice of Filing Exhibits from Hearing be sealed until further Order of the Court.

                                         /s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: March 24, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2021, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764