UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                 Case No. 15-cr-20145
                                 Hon. Matthew F. Leitman

MICHAEL RAY GLESON,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 75)

Defendant Michael Ray Gleson is a federal prisoner in the custody of the Federal Bureau of Prisons. On November 6, 2020, Glesen, through appointed counsel, filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 75.) The Court held a video hearing on Glesen's motion on March 23, 2021. (*See* Notice of Hearing, ECF No. 82.)

For the reasons explained on the record during the hearing, Glesen's motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
